UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                     Case Number: 06-20465-8
                                       Honorable Bernard A. Friedman

D-8 MISEAL GONZALEZ, et al

      Defendant.

_____/
DANIEL J. BLANK (P 10873)
Attorney for Defendant
30150 Telegraph Road, Ste. 444
Bingham Farms, Michigan 48025
_____/

## ORDER

At a session of said court, held in the United States District Court, Eastern District of Michigan, Southern Division, on   October 30, 2006

PRESENT: HONORABLE  Bernard A. Friedman
                              United States Judge

Upon the reading and filing of the within Stipulation;

**IT IS HEREBY ORDERED AND ADJUDGED** that DANIEL J. BLANK be and is hereby substituted in the place and stead of STEVEN WEISS, as attorney for Defendant, Miseal Gonzalez in the above-entitled matter.

                                              s/Bernard A. Friedman
                                            United States Court Judge

DANIEL J. BLANK
A PROFESSIONAL CORPORATION

30150 Telegraph Road
Suite 444
Bingham Farms, MI
48025-4519

Tel:  248/645-1466
Fax: 248/645-1449